ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
Facsimile: (702) 938-1511
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLA E. WEST,<br><br>             Plaintiff,<br>v.<br><br>WALMART, INC.; DOES I through XXX; and ROE BUSINESS ENTITIES I through XXX, inclusive;<br><br>             Defendants. | Case No.: 2:19-cv-01287-KJD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

their party's own costs and attorney's fees.

DATED this 4th day of ~~February~~ MARCH, 2020.

**RICHARD HARRIS LAW FIRM**

RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
801 S. Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Carla E. West*

DATED this 4th day of ~~February~~ March, 2020.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

Benjamin J. Doyle NV Bar No.: 15210 for

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart, Inc.*

*Carla E. West v. Walmart, Inc.*
*Case No.* **2:19-cv-01287-KJD-EJY**

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 6th day of March, 2020.

**UNITED STATES DISTRICT JUDGE**